HURSHEL L. ASHCRAFT, et al.,       )
                                   )
    Plaintiffs,                )
                                   )
    v.                         )       O R D E R
                                   )
CONOCO, INC. et al.,               )
                                   )
                                   )
    Defendants.                )

    This matter is before the court on motion of plaintiff Marina Lipe for an order directing payment of settlement proceeds. In support of this motion, plaintiff has submitted to the court documentation indicating that she has attained the age of majority so as to be entitled to payment of the settlement funds presently held by the court.

    Plaintiff's motion is GRANTED. The clerk is hereby DIRECTED to pay to plaintiff Marina Lipe $129,042.54 as indicated in Attachment B to this court's Order of 27 February 1998, together with the interest that has accrued on this account, less the registry fee owed the court. The clerk shall send the check to

plaintiff in care of plaintiff's counsel at Rountree, Losee & Baldwin, L.L.P., P.O. Box 1409, Wilmington, North Carolina, 28402-1409.

This 13 January 2011.

_____
W. Earl Britt
Senior U.S. District Judge

hla/ci/acp