No. 7:95-CV-187-BR(3)

HURSHEL L. ASHCRAFT, et al.,      )
                                  )
          Plaintiffs,             )
                                  )
          v.                      )          O R D E R
                                  )
CONOCO, INC. et al.,              )
                                  )
                                  )
          Defendants.             )


     This matter is before the court on motion of plaintiff

William Edward Young for an order directing payment of settlement

proceeds.  In support of this motion, plaintiff has submitted to

the court documentation indicating that he has attained the age

of majority so as to be entitled to payment of the settlement

funds presently held by the court.

     Plaintiff's motion is GRANTED.  The clerk is hereby DIRECTED

to pay to plaintiff William Edward Young $166,094.06 as indicated

in Attachment B to this court's Order of 27 February 1998,

together with the interest that has accrued on this account, less

the registry fee owed the court.  The clerk shall send the check

to plaintiff in care of plaintiff's counsel at Rountree, Losee &

Baldwin, L.L.P., P.O. Box 1409, Wilmington, North Carolina,

28402-1409.

This 26 October 2011.


_____
W. Earl Britt
Senior U.S. District Judge


hla/ci/acp