UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:95-CV-187-BR(3)

HURSHEL L. ASHCRAFT, et al.,　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　　O R D E R
　　　　　　　　　　　　　　　　)
CONOCO, INC. et al.,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)

　　　This matter is before the court on motion for an order directing payment of settlement proceeds to the Estate of Michelle Haggadone. In support of this motion, counsel has submitted to the court a certificate of death of Michelle Haggadone and Letters of Administration.

　　　The motion is GRANTED. The clerk is hereby DIRECTED to pay to the Estate of Michelle Haggadone $12,668.00 pursuant to the court's orders of 3 November and 14 December 2000. The clerk shall send the check to the Estate in care of plaintiff's counsel at Rountree, Losee & Baldwin, L.L.P., P.O. Box 1409, Wilmington, North Carolina, 28402-1409.

　　　This 20 December 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge