UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                          SOUTHERN DIVISION

                                    No. 7:95-CV-187-BR(3)

HURSHEL L. ASHCRAFT, et al.,    )
                                )
        Plaintiffs,             )
                                )
        v.                      )           O R D E R
                                )
CONOCO, INC. et al.,            )
                                )
                                )
        Defendants.             )

     This matter is before the court on motion of plaintiff Gunner Colby Beal for an order directing payment of settlement proceeds. In support of this motion, plaintiff has submitted to the court documentation indicating that he has attained the age of majority so as to be entitled to payment of the settlement funds presently held by the court.

     Plaintiff's motion is GRANTED. The clerk is hereby DIRECTED to pay to plaintiff Gunner Colby Beal $119,455.85 as indicated in Attachment B to this court's Order of 27 February 1998, together with the interest that has accrued on this account, less the registry fee owed the court. The clerk shall send the check to plaintiff in care of plaintiff's counsel at Rountree, Losee &

Baldwin, L.L.P., P.O. Box 1409, Wilmington, North Carolina, 28402-1409.

This 20 January 2012.

_____
W. Earl Britt
Senior U.S. District Judge

hla/ci/acp