UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:95-CV-187-BR(3)

HURSHEL L. ASHCRAFT, et al.,      )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )        O R D E R
                                  )
CONOCO, INC. et al.,              )
                                  )
                                  )
        Defendants.               )

    This matter is before the court on motion of plaintiff Jasmine Lamb for an order directing payment of settlement proceeds. In support of this motion, plaintiff has submitted to the court documentation indicating that she has attained the age of majority so as to be entitled to payment of the settlement funds presently held by the court.

    Plaintiff's motion is GRANTED. The clerk is hereby DIRECTED to pay to plaintiff Jasmine Lamb Beal $127,137.75 as indicated in Attachment B to this court's Order of 27 February 1998, together with the interest that has accrued on this account, less the registry fee owed the court. The clerk shall send the check to plaintiff in care of plaintiff's counsel at Rountree, Losee &

Baldwin, L.L.P., P.O. Box 1409, Wilmington, North Carolina, 28402-1409.

This 7 February 2012.

                                                                                                _____
                                                               W. Earl Britt
                                                               Senior U.S. District Judge

hla/ci/acp