UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:95-CV-187-BR(3)

HURSHEL L. ASHCRAFT, et al., )
  )
    Plaintiffs, )
  )
    v. ) O R D E R
  )
CONOCO, INC. et al., )
  )
  )
    Defendants. )

    This matter is before the court on motion for an order directing payment of settlement proceeds to Renee Williamson Bloodworth, Guardian of the Estate of Ashley Nicole Garner, Incompetent. Documentation filed in support of the motion indicates that plaintiff Ashley Nicole Garner has attained the age of majority; she has been adjudged incompetent; and Renee Williamson Bloodworth has been appointed Guardian of the Estate of Ashley Nicole Garner.

    The motion is GRANTED. The clerk is hereby DIRECTED to pay to Renee Williamson Bloodworth, Guardian of the Estate of Ashley Nicole Garner, Incompetent, $105,741.36 as indicated in Attachment B to this court's Order of 27 February 1998, together with the interest that has accrued on this account, less the registry fee owed the court. The clerk shall send the check to said Guardian in care of plaintiff's counsel at Rountree Losee

LLP, P.O. Box 1409, Wilmington, North Carolina, 28402-1409.

This 23 June 2014.

                                                   _____
                                                   W. Earl Britt
                                                   Senior U.S. District Judge